MAHONING COUNTY BAR ASSOCIATION *v.* CREGAN.

[Cite as *Mahoning Cty. Bar Assn. v. Cregan* (1994), 69 Ohio St.3d 550.]

(No. 93–2181—Submitted January 26, 1994—Decided July 13, 1994.)

*Richard B. Blair* and *David C. Comstock, Jr.,* for relator.

*Lawrence V. Cregan, pro se.*

*Per Curiam.* We concur in the findings and recommendation of the board. We cannot hope to "maintain some control over" Cregan by suspending him. We have already tried that. His conduct has shown that he is not amenable to that kind of control. The task of controlling Cregan's behavior must now rest with the psychiatric profession and/or the· police.

Accordingly, Lawrence V. Cregan is permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., not participating.